# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **MR. AND MRS. CATLING,** *individually and as parents and next friends of TC, a minor*, | )<br>)<br>) |
| **PLAINTIFFS** | ) |
| v. | ) **CIVIL NO. 2:19-CV-110-DBH**<br>) |
| **YORK SCHOOL DEPARTMENT,** | )<br>) |
| **DEFENDANT** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 20, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Order on Defendant's Motion to Strike/Recommended Decision on Defendant's Motion to Dismiss. The time within which to file objections expired on September 3, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's partial motion to dismiss is **DENIED**.[1]

**SO ORDERED.**

**DATED THIS 17TH DAY OF SEPTEMBER, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] The ruling denying the motion to strike also stands because there was no objection to it under Fed. R. Civ. P. 72(a).