# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MR. AND MRS. CATLING, *individually and as parents and next friends of TC, a minor*,<br><br>**PLAINTIFFS**<br><br>v.<br><br>**YORK SCHOOL DEPARTMENT,**<br><br>**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 2:19-cv-110-DBH<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 28, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Administrative Record. The plaintiffs filed an objection to the Recommended Decision on November 12, 2020, and the defendant filed its response to the plaintiffs' objection on December 4, 2020.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Judgment is **GRANTED** in favor of the defendant.

**SO ORDERED.**

**DATED THIS 8TH DAY OF DECEMBER, 2020**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**